

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| ROBERT CROYSDILL., | § | No. 08-21-00191-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 6 |
| OLD REPUBLIC INSURANCE COMPANY, | § | of El Paso County, Texas |
| | § | (TC# 2013-DCV1136) |
| Appellee. | § | |

## **O R D E R**

The Court GRANTS Laura Akers' request for an extension of time within which to file the Reporter's Record until **May 9, 2022.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Laura Akers, Court Reporter for County Court at Law No. 6 for El Paso County, Texas, prepare the Reporter's Record and forward the same to this Court on or before May 9, 2022.

IT IS SO ORDERED this 12th day of April, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.